# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| RICHARD CUELLAR,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., ET AL.,,<br><br>Defendants. | CASE NO.: ED CV24-00939-KK (SPX)<br><br>**ORDER** |

On December 4, 2024, the parties entered into a Stipulated Protective Order (the "Protective Order") (docket no. 17). The court, having considered the Protective Order and finding good cause, hereby GRANTS the Protective Order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: December 6, 2024

_____
HONORABLE SHERI PYM
United States Magistrate Judge

PROPOSED ORDER